**大成 DENTONS**

Timothy J. Straub
Managing Associate

timothy.straub@dentons.com
D   +1 212 768 6821

Dentons US LLP
1221 Avenue of the Americas
New York, NY  10020-1089
United States

大成  Salans FMC SNR Denton McKenna Long
dentons.com

June 14, 2021

<u>**VIA ECF**</u>

The Honorable John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   Angeles v. Newleaf Health, LLC.: Case No. 1:20-cv-10550-JPC

Dear Judge Cronan:

We represent defendant Newleaf Health, LLC ("Defendant") in the above-referenced matter.  Together with counsel for plaintiff, Jenisa Angeles, we jointly and respectfully move this Court to stay all case deadlines in this action for forty five (45) days, from June 14, 2021 to July 29, 2021.

This requested stay will permit the parties to finalize their efforts to bring about the voluntary dismissal of all claims asserted in this action without further litigation.  Once those efforts are complete, the parties will file a stipulation of voluntary dismissal.

Respectfully submitted,

*/s/ Timothy J. Straub*
Timothy J. Straub

cc:   All counsel of record (by ECF)

This case is stayed pending settlement discussions.  The parties shall submit an update letter by July 29, 2021.  If this case has been settled or otherwise terminated, counsel are not required to submit such letter, provided that a stipulation of discontinuance, voluntary dismissal, or other proof of termination is filed on the docket prior to the joint letter submission deadline, using the appropriate ECF Filing Event.  *See* SDNY ECF Rules & Instructions §§ 13.17-13.20, *available at* http://nysd.uscourts.gov/ecf_filing.php.

Date:   June 15, 2021
         New York, New York

JOHN P. CRONAN
United States District Judge